■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ODELL RICE, Appellant.—Judgment unanimously reversed on the law, defendant's plea vacated and matter remitted to Supreme Court, Erie County, for further proceedings, in accordance with the following memorandum: In view of our decision in *People v Rice* (156 AD2d 925 [decided herewith]), this judgment must also be reversed *(see, People v Fuggazzatto,* 62 NY2d 862). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—criminal sale controlled substance, fifth degree.) Present—Dillon, P. J., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR FLORES, Appellant.—Judgment unanimously affirmed. Memorandum: Viewing the evidence in the light most favorable to the People *(see, People v Kennedy,* 47 NY2d 196, 203), we conclude that the proof established defendant's guilt of illegal possession and sale of a controlled substance. The contraband was taken from the trunk of defendant's car and defendant received the proceeds of the sale. We have considered the other claim raised by defendant and find that it does not require reversal. (Appeal from judgment of Monroe County Court, Maloy, J.—criminal sale controlled substance, second degree.) Present—Dillon, P. J., Green, Pine, Lawton and Davis, JJ.